## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

TANIKA KING,

                Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

                Defendant.

Civil Action No. 2:25-cv-8095-KSH-LDW

**ORDER EXTENDING TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND**

Pursuant to the Stipulation Regarding Extension of Time to Move, Answer, or Otherwise Respond to Complaint entered between counsel for Defendant Midland Credit Management, Inc., and Plaintiff Tanika King:

**IT IS HEREBY ORDERED** that, for good cause, Defendant Midland Credit Management, Inc. shall have until and including August 15, 2025 to move, answer, or otherwise respond to the Complaint in the above-captioned matter.

Dated:   July 16, 2025   

                        *Leda Dunn Wettre*

                       Hon. Leda Dunn Wettre
                 United States Magistrate Judge